**Wilbur E. THOMAS, Appellant,**

v.

**AKIN EQUIPMENT, INC., et al.,**
**Appellee.**

**No. 19725.**

United States Court of Appeals
Fifth Circuit.

Nov. 7, 1962.

Clyde Mason, Memphis, Tenn., for appellant.

James E. Clark, Birmingham, Ala., London, Yancey, Clark & Allen, Birmingham, Ala., of counsel, for appellee.

Before RIVES, JONES and BELL, Circuit Judges.

PER CURIAM.

This negligence action was submitted to the jury without a motion for directed verdict and resulted in a verdict for defendant. The trial court denied a motion for new trial. The evidence was conflicting and a jury question was presented. Appellant is bound. Baten v. Kirby Lumber Company, 5 Cir., 1939, 103 F.2d 272; Stokes v. Continental Assurance Co., 5 Cir., 1957, 242 F.2d 893; and Greyhound Corporation v. Dewey, 5 Cir., 1957, 240 F.2d 899.

The judgment is
Affirmed.